**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

JULIUS JOHNSON                                                                                       PLAINTIFF
ADC #70933

V.                                              NO: 4:10CV00905 JMM/HDY

DOC HOLLADAY *et al.*                                                                          DEFENDANTS

## ORDER

The Clerk is directed to change the style of the case to reflect the correct name of Defendant Nancy Brawley, as set forth in her answer (docket entry #55).

IT IS SO ORDERED this __19__ day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE