IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JULIUS JOHNSON                                                                                    PLAINTIFF
ADC #70933

V.                                    NO: 4:10CV00905 JMM/HDY

DOC HOLLADAY *et al.*                                                                      DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion to voluntarily dismiss his claims against Defendant Nancy Brawley (docket entry #83) is GRANTED, Plaintiff's claims against Brawley are DISMISSED WITHOUT PREJUDICE, and Brawley's name is removed as a party Defendant.

DATED this 2nd day of March, 2011.

_/s/ James M. Moody_
UNITED STATES DISTRICT JUDGE