## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

JULIUS JOHNSON                                                    PLAINTIFF
ADC #70933

V.                      NO: 4:10CV00905 JMM/HDY

DOC HOLLADAY *et al.*                                   DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The motions for summary judgment filed by Defendants Rhonda Anderson and Maxim Health Care Services, Inc. (docket entries #45 & #49), are DENIED.

2. Plaintiff's motion to voluntarily dismiss his claims against Defendant Doc Holladay (docket entry #70) is GRANTED, Plaintiff's claims against Holladay are DISMISSED WITHOUT PREJUDICE, and Holladay's name is removed as a party Defendant.

DATED this 2nd day of March, 2011.

                                                       UNITED STATES DISTRICT JUDGE