IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JULIUS JOHNSON                                                                                   PLAINTIFF
ADC #70933

V.                                          NO: 4:10CV00905 JMM

DOC HOLLADAY *et al.*                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 21st day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE